1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOSE B. ZAVALA,

12            Plaintiff,                    No. 12:11-cv-2475-KJM-CMK-P

13        vs.

14   MICHAEL D. MCDONALD, et al.,

15            Defendants.                   ORDER

16   _____/

17            Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

18   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

19   Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20            On June 26, 2012, the magistrate judge filed findings and recommendations,

21   which were served on the parties and which contained notice to the parties that any objections to

22   the findings and recommendations were to be filed within fourteen days.  No objections to the

23   findings and recommendations have been filed.

24            The court presumes that any findings of fact are correct.  *See Orand v. United*

25   *States,* 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

26   reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir.

1

1983).  Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed June 26, 2012 are adopted in full; and

2.  Gower is dismissed as a defendant to this action.

DATED:  January 8, 2013.

_____
UNITED STATES DISTRICT JUDGE

2